

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:            01-13-00026-CR

Trial Court Cause
Number:                  12CCR161047

Style:                   The State of Texas

                         **v** Efrain Martinez

Date motion filed[*]:    April 10, 2013

Type of motion:          Motion to Extend the Time to File Appellee's Brief

Party filing motion:     Appellee

Document to be filed:    Appellee's Brief

Is appeal accelerated? ☒ Yes   ☐ No

If motion to extend time:

    Original due date:                            March 4, 2013

    Number of previous extensions granted:        0

    Date Requested:                               15 days – April 25, 2013

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☒ The Court will not grant additional motions to extend time.

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Michael Massengale
        ☒ Acting individually   ☐ Acting for the Court

Panel consists of _____

Date: April 17, 2013